No. 77–709. WEINBERGER v. EQUIFAX, INC. (FORMERLY RETAIL CREDIT Co.). C. A. 5th Cir. Certiorari denied. 

No. 77–712. MARVIN v. CENTRAL GULF LINES, INC. (FORMERLY CENTRAL GULF STEAMSHIP CORP.). C. A. 5th Cir. Certiorari denied.

No. 77–717. GROSS v. NEWBURGER, LOEB & Co. ET AL.; and
No. 77–727. FINLEY, KUMBLE, WAGNER, HEINE, UNDERBERG & GRUTMAN v. GROSS ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 563 F. 2d 1057.

No. 77–738. STULL v. BAYARD ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–739. GURTENSTEIN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 77–741. MIZOKAMI BROS. OF ARIZONA, INC. v. BAYCHEM CORP. ET AL. C. A. 9th Cir. Certiorari denied. 

No. 77–745. OWENS-ILLINOIS, INC. v. SCHULTZ ET AL. C. A. 7th Cir. Certiorari denied.

No. 77–748. BURLINGTON NORTHERN, INC. v. TORCHIA. Sup. Ct. Mont. Certiorari denied.

No. 77–750. D'ANGELO, RECEIVER v. PETROLEOS MEXICANOS. C. A. 3d Cir. Certiorari denied.

No. 77–766. ALBERT v. FIRST NATIONAL BANK & TRUST COMPANY OF MARQUETTE, EXECUTOR. Ct. App. Mich. Certiorari denied.